WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY
Brandon Newton (021565)
newtonb@mcao.maricopa.gov
Emily Craiger (021728)
craigere@mcao.maricopa.gov
CIVIL SERVICES DIVISION
222 N. Central Avenue, Suite 1100
Phoenix, Arizona  85004
Telephone (602) 506-8541
Firm No. 0032000
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Defendants*
*Maricopa County and Paul Penzone*

Joshua W. Carden
JOSHUA CARDEN LAW FIRM, P.C.
16427 N. Scottsdale Road, Suite 410
Scottsdale, Arizona  85254
Joshua@cardenlawfirm.com
*Attorney for Plaintiff*

Daniel P. Struck, Bar #012377
Ashlee B. Hesman, Bar #028874
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
dstruck@strucklove.com
afletcher@strucklove.com
*Attorneys for Defendants Campbell, Henry, Chagolla and Molina*

Sarah L. Barnes
Broening Oberg Woods & Wilson PC
P.O. Box 20527
Phoenix, AZ 85036
Slb@bowwlaw.com
*Attorney for Defendants Arpaio, Sheridan, Trombi and Bailey*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan L. Knapp,<br><br>             Plaintiff,<br><br>  v.<br><br>Maricopa County, Arizona, Paul Penzone in his official capacity as Maricopa County Sheriff, et al.,<br><br>             Defendants | NO. CV-17-01509-PHX-DGC<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Jonathan L. Knapp and Defendants Maricopa County, Paul Penzone, Timothy Campbell, Ben Henry, Paul Chagolla, Stephanie Molina, Joe Arpaio, Jerry Sheridan, David Trombi and Steve Bailey (collectively "Defendants"), herewith provide notice to the Court that on November 30, 2017, the parties reached a settlement. It is anticipated that the settlement will be concluded no later than January 3, 2018, at which time the parties shall promptly file a stipulated motion for dismissal with prejudice.

**RESPECTFULLY SUBMITTED** this 4th day of December 2017.

>WILLIAM G. MONTGOMERY
>MARICOPA COUNTY ATTORNEY
>
>
>BY: s/Emily Craiger
>     BRANDON A. NEWTON
>     EMILY M. CRAIGER
>     *Attorneys for Defendants*
>     *Maricopa County and Paul Penzone*

JOSHUA CARDEN LAW FIRM, P.C.

BY: s/Joshua W. Carden
    Joshua W. Carden
    *Attorney for Plaintiff*

STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C

BY: s/ Ashlee B. Hesman
    Ashlee B. Hesman
    Daniel P. Struck
    *Attorneys for Defendants Campbell, Henry, Chagolla and Molina*

BROENING, OBERG, WOODS & WILSON, PC

BY: s/ Sarah L. Barnes
    Sarah L. Barnes
    *Attorney for Defendants Arpaio, Sheridan, Tromb and Bailey*

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 4th day of December 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Honorable David G. Campbell
United States District Court
Sandra Day O'Connor U.S. Courthouse, Ste 623
401 W. Washington Street, SPC 58
Phoenix, Arizona 85003-2156

Joshua W. Carden
Joshua@cardenlawfirm.com
*Attorney for Plaintiff*

Ashlee B. Hesman
Daniel P. Struck
STRUCK LOVE BOJANOWSKI & ACEDO, P.L.C.
dstruck@strucklove.com
afletcher@strucklove.com
*Attorneys for Defendants Campbell, Henry, Chagolla and Molina*

Sarah L. Barnes
BROENING, OBERG, WOODS & WILSON, PC
Slb@bowwlaw.com
*Attorney for Defendants Arpaio, Sheridan, Trombi and Bailey*

s/Jennifer Christiansen
S:\CIVIL\HR\HR Matters\RM\2017\Knapp, Jonathan v MC RM17-0102\Pleadings\Drafts\Notice of Settlement 12.1.2017.docx